# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEANNA SCARBO** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **WISDOM FINANCIAL, d/b/a East Coast** : | |
| **Funding Group, Inc., TRANSUNION,** : | |
| **EXPERIAN and EQUIFAX, CREDIT ONE** : | |
| **BANK, LVNV FUNDING LLC, d/b/a** : | |
| **Resurgent Capital Services, MAJOR** : | |
| **FINANCIAL CORPORATION, CAPITAL** : | |
| **BANK NA and U.S. DEPT OF** : | |
| **EDUCATION, d/b/a GLEL** : | **NO. 20-5355** |

## ORDER

**NOW**, this 22nd day of July, 2021, upon consideration of Defendant M.A.J.R. Financial Corporation's Motion to Dismiss Plaintiff's Claims (Doc. No. 82), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED** to the extent it raises lack of personal jurisdiction.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** as to the defendant Major Financial Corporation.

/s/ TIMOTHY J. SAVAGE J.