# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEANNA SCARBO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WISDOM FINANCIAL, d/b/a East Coast Funding Group, Inc., TRANSUNION, EXPERIAN and EQUIFAX, CREDIT ONE BANK, LVNV FUNDING LLC, d/b/a Resurgent Capital Services, MAJOR FINANCIAL CORPORATION, CAPITAL BANK NA and U.S. DEPT OF EDUCATION, d/b/a GLEL** | : : : : : : : | **NO. 20-5355** |

## ORDER

**NOW,** this 2nd day of February, 2022, upon consideration of Defendant LVNV Funding LLC's Motion for Summary Judgment (Doc No. 102), plaintiff's response, defendant's reply, and plaintiff's sur-reply it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant LVNV Funding LLC, d/b/a Resurgent Capital Services and against the plaintiff Deanna Scarbo.

/s/ TIMOTHY J. SAVAGE J.
TIMOTHY J. SAVAGE, J.